**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff,*
Angelica Figueroa

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ANGELICA FIGUEROA,<br><br>             Plaintiff(s),<br>   vs.<br>SYNCHRONY BANK,<br><br>             Defendant(s). | Case No.: 1:19-cv-00593-AWI-EPG<br><br>**NOTICE OF SETTLEMENT** |

**TO THE HONORABLE COURT, ALL PARTIES HEREIN, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that this action has settled. Plaintiff ANGELICA FIGUEROA ("Plaintiff") respectfully requests that this Honorable Court vacate all pending hearing dates and allow the parties 21 days (per Local Rule 160) within which to file dispositional papers. The parties anticipate that they will complete the settlement and a Stipulation for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: August 13, 2019                    **KAZEROUNI LAW GROUP, APC**

                                          By: s/ Mona Amini
                                              MONA AMINI, ESQ.
                                              *Attorneys for Plaintiff*

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Suite D1, Costa Mesa, California 92626. On August 12, 2019, I served the within document(s):

**NOTICE OF SETTLEMENT**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 12, 2019, at Costa Mesa, California.

s/ Mona Amini
MONA AMINI, ESQ.